```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        JACKSON DIVISION


WILEY R. KUYRKENDALL                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:05CV557-WHB-AGN

INTERNAL REVENUE SERVICE, A PRIVATE CORPORATION,
ACTING THROUGH AGENTS, MARK EVERSON,
JOHN DOES 1-100, JANE DOES 1-100                       DEFENDANTS
```

## FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which granted Defendants' Motion Dismiss, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 30th day of January, 2006.

s/ William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE

tct